UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY TRAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,[1]<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. CV 12-8644 JC<br><br>JUDGMENT |

   IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed in part and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

DATED: April 30, 2013

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

　　[1] Carolyn W. Colvin is substituted as Acting Commissioner of Social Security pursuant to Fed. R. Civ. P. 25(d).